FILED

MAR 0 9 2009

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TERRENCE LOWELL HYMAN )<br>Petitioner )<br>v. )<br> )<br>SECRETARY THEODIS BECK )<br>Respondent ) | No. 5:08-HC-2066-BO |

## ORDER DENYING MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES IN HABEAS CORPUS ACTION

The record in this action reflects that petitioner has more than the sum of $25.00 in his trust fund account at the time of filing of the petition. Under this Court's Order Setting Procedures for Ruling on Motions to Proceed In Forma Pauperis in Habeas Corpus Cases, the motion to proceed without prepayment of fees is denied.

Federal law requires a habeas corpus petitioner to pay a filing fee of $5.00. Within thirty (30) days you must either:

1. Send a check or money order in the amount of the filing fee payable to "Clerk, U.S. District Court.

2. Request an extension of time in which to make payment.

If you fail to comply with this order, your action will be dismissed.

SO ORDERED this 2 day of March, 2009.

WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE